J. P. Temple, Appellant, v. The Barnett National Bank of Jacksonville, a corporation, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Plaintiff in Error.

*Cooper, Cooper & Osborne,* for Plaintiff in Error;

*Fleming & Fleming,* for Defendant in Error.

---

Mills Corporation, a corporation, Fidelity Mortgage & Guarantee Company, a corporation, Elliott-Van Duyn Company, a corporation, F. A. Dobbins, J. L. Tallevast, Charles A. Mills, G. A. Mills and James H. Gilman, Appellants, v. P. Sebastian Scherrer, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*R. F. Burdine,* for Appellants;

*Shutts & Bowen,* for Appellee.

---

Mills Corporation, a Corporation, Charles A. Mills, G. A. Mills and James H. Gilman, Appellants v. P. Sebastian Scherer, Appellee.

An Appeal from the Circuit Court for Dade County.